Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for PAUL MANSDORF,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PLEASANTON FITNESS, LLC,<br><br>Debtor. | Case No. 19-41949 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky |
| Paul Mansdorf, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Sanjiv K. Chopra, an individual;<br>Sheena Chopra, an individual;<br>1234 Market Street LLC, a California limited liability company;<br>GGD Oakdale LLC, a California limited liability company; and<br>Rhino Investments NM Hotel, LLC, a New Mexico limited liability Company,<br><br>Defendants. | Adversary Proceeding No. 22-04027 RLE<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

Paul Mansdorf, the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Pleasanton Fitness, LLC ("Debtor") and Plaintiff in the above-captioned Adversary Proceeding, files this notice of dismissal of the above-referenced Adversary Proceeding, with prejudice.

This notice of dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this Adversary Proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and in conformity with the Bankruptcy Court's order in the Debtor's case authorizing the Trustee to enter into a settlement with the Defendants, which order was entered on December 12, 2022, Docket 649.

DATED: January 31, 2023 RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for Plaintiff, Paul Mansdorf,
Trustee in Bankruptcy